November 18, 1970

Commonwealth *v.* Barnes, Appellant.

Submitted September 14, 1970. *Michael J. Rutenberg,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth, Appellant, *v.* Beal.

Argued September 21, 1970. *George T. Brubaker,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellant; *Michael J. Perezous,* for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.